IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**LEANNA JUAREZ**                                                                            **PLAINTIFF**

        v.                 Civil No. 07-3015

**LOWE'S COMPANIES, INC.**                                       **DEFENDANT**

### O R D E R

Now on this 17th day of December, 2007, comes on for consideration defendant's oral motion for extension of the discovery and dispositive motion deadlines in this matter, both of which are set to expire on December 21, 2007. The Court, finding the reasons stated for such extension to have merit, hereby extends these deadlines to January 7, 2008.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**